In the Matter of Joseph M. Deuel.— Application granted to extent stated in memorandum per curiam. Settle order on notice.

Marie L. Jackson v. Henry M. Erkins.— Motion granted upon appellant filing the documents specified in the moving papers with the clerk of this court, to be held by the clerk pending the appeal. Settle order on notice.

In the Matter of Bernard Hess.— Reference ordered. Settle order on notice.

In the Matter of John R. Heinzelman.— Reference ordered. Settle order on notice.

In the Matter of Oscar J. Hochstader.— Reference ordered. Settle order on notice.

Frank L. Young and Caroline D. Seamans, as Executors, etc., of Mary D. Jones, Deceased, and Said Frank L. Young, as Trustee under the Last Will and Testament of Mary D. Jones, Deceased, and Said Caroline D. Seamans, Individ.ually, Respondents, v. William M. Dubois, Appellant, Impleaded with Fannie M. Fox and Others, Respondents.— Judgment affirmed, with costs to plaintiffs, respondents, against the appellant personally. No opinion. Settle order on notice.

Henry Staples Potter, Respondent, v. Bartholomew Dunn, as Executor, etc., of Thomas J. Dunn, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion.

Union Trust Company, Respondent, v. Bartholomew Dunn, as Executor, etc., of Thomas J. Dunn, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion.

Ernest Blum, Appellant, v. George Hiltl, Respondent.— Judgment and order affirmed, with costs. No opinion.

Maryland Casualty Company, Respondent, v. Charles A. Brown and John Fleming, Appellants.— Judgment and order affirmed, with costs. No opinion.

Tuli Goldenthal and Michael Goldenthal, Composing the Firm of Goldenthal Brothers, Respondents, v. Kalman Popper, Appellant.— Judgment and order affirmed, with costs. No opinion.

Margaret E. Ungrich and Henrietta L. Ungrich, Respondents, v. David Shaff and Abraham Silverson, Appellants.— Judgment and order affirmed, with costs, on *Ungrich* v. *Shaff* (119 App. Div. 843).

Mary Foley, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Benoit Wasserman, Respondent, v. Edith S. Jacobs, Appellant, Impleaded with Margaret B. Lawrence and Others.— Judgment affirmed, with costs. No opinion. Laughlin and Clarke, JJ., dissented.

Nellie Kearney, Appellant, v. New York City Railway Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Herman Suhr, Respondent, v. Louis A. Sturdy and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

Jefferson Bank, Respondent, v. Philip Cohn (not summoned) and Isaac Davis (not summoned), Impleaded with Jacob Rosenthal and Louis Perlstein, Appellants.— Judgment and order affirmed, with costs. No opinion.

George Wahlheimer, Respondent, v. Press Publishing Company, Appellant.— Judgment and order affirmed, with costs. No opinion.